UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Joseph Edward Francis Lunz

Write the full name of each plaintiff.

21 CV _____

(Include case number if one has been assigned)

-against-

Donald Joseph Trumph, Former President
Of The United States of America

**COMPLAINT**

Do you want a jury trial?
☒ Yes   ☐ No

Do You Want a Jury Trial
☒ NO ☐

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

RECEIVED
SDNY PRO SE
2021 JUN -2  AM 11:57

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

*Plaintiff's mother was a roman-catholic-believer, and plaintiff went to "Saint Sebastian school", took his "first communion", and had his "confirmation", in violation of the ~~freedom~~ "First amendment" freedom of religion-clause.*

### B. If you checked Diversity of Citizenship

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
                    (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual: YES

The defendant, __Donald Joseph Trumph__, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

__NO__.

If the defendant is a corporation:

The defendant, __Donald Joseph Trumph__, is incorporated under the laws of the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__Joseph__   __Edward-Francis__   __Lunz__
First Name      Middle Initial      Last Name

__30 Riverside Drive & West 146 Street__
Street Address

__New York__      __New York__      __10031__
County, City       State            Zip Code

__347-362-5840__
Telephone Number                Email Address (if available)

~~Defendant 4:~~

First Name _____ Last Name _____

Current Job Title (or other identifying information) _____

Current Work Address (or other address where defendant may be served) _____

County, City _____ State _____ Zip Code _____

## III. STATEMENT OF CLAIM

Place(s) of occurrence: May 12, 1946 ?

Date(s) of occurrence: May 12, 1946 ?

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Approximately 2-3 years ago, the ancient-jews ("israeli") took it upon themselves to decide about how to stop their neighbors from attacking them, for a wide variety of reasons, and ■ jewingly-created a plan to make "themselves" superior to all other people" by stealing "the history" of other people and making/making it for themselves, and it had worked so good that they had kept it for themselves, and it had worked so good that they kept it for themselves, and a "way of life" for themselves and eventually made a "religion" for themselves.

This "religion" Confidence game"? is still with us in the form of "popes, cardinals, bishops, priest, and nuns (cathedrals, churchs, schools, universities - colleges, etc.)"

① Choose the "Affidavit In ■ Support Of 'Petition To Reduce the assistant Justice Ruth Bader Ginsburg" from Ruling upon the "Petition for a Writ of Certiorari" to the United States ■ Supreme Court", submitted on April 20, 2015, in "Lunz-vs-O'Meara", minus the "diseases" that the "jews" have had subjected the NON-"jews" to [sic], 15 1511.

page 4

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

As a young-child plaintiff was terrified of the violence of the jews but it had given plaintiff a trip of 57 years, 10 months, and 2 weeks, etc., to learn different.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Plaintiff will fight to see all jews from running for public office and Government, 100 billion dollars for himself, and, the Chinese does not want any problems or trouble with anybody — BK7L!!!

Page 5

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| _June 1, 2021_ | _Joseph Edward Francis Lunz_ |
| Dated | Plaintiff's Signature |
| Joseph | E. F.   Lunz |
| First Name    Middle Initial    Last Name | |
| 630 Riverside Drive - &- West 140 Street | |
| Street Address | |
| New York | New York    10031 |
| County, City | State    Zip Code |
| 347-327-5840 | |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes  ☒ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

United States District Court
For The Southern District Court

Joseph Edward Francis Lunn
    Plaintiff,

v.

Donald Joseph Trumph,
    Defendant.

Affidavit Of Proof Of Service

No: -21- ___

Dear Sir,

Please be informed that the plaintiff, Joseph Edward Francis Lunn, hereby affirmer stat that he has put into the hands of the below stated New York States Official one (1) case of a "complaint" (8 pages); Application to Proceed Without Prepaying Fees OR Costs" Mr. Hernanoz

Yours truly,

Dated:- June , 2021.

Joseph Edward Francis Lunn
630 Riverside Drive 8-14 ~~Street~~
New York, New York 10021

1 of 1