UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH EDWARD FRANCIS LUNZ,<br><br>                         Plaintiff,<br><br>                   -against-<br><br>DONALD JOSEPH TRUMPH, FORMER PRESIDENT OF THE UNITED STATES OF AMERICA,<br><br>                         Defendant. | 21-CV-4902 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued June 15, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   June 15, 2021
           New York, New York

                                                    /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                  Chief United States District Judge